UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:  Chapter 11

**830 E. 163 ST. CORP.**  Case No.: 10-

                           Debtor.
------------------------------------------------------------x

# AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Charles Plummer, being duly sworn deposes and says:

1. I am the president of 830 E. 163 St. Corp. ("the Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this affidavit on behalf of the Debtor.

2. The Debtor is in the real estate business owning and operating the real property known as and located at 830 East 163rd Street, Bronx, New York 10456 (the "Property"). The filing was necessitated by cash flow problems caused by the recent problems besetting the nation's economy and the need to preserve the Debtor's assets.

3. No pre-petition committee was organized prior to the order for relief.

4. JPMorgan Chase Bank, N.A. is the Debtor's sole secured creditor, holding a mortgage on the Property.

5. A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules annexed to the petition.

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

7. To the best of my knowledge, the only proceeding pending against the Debtor is an action entitled <u>JPMorgan Chase Bank, N.A., Plaintiff, -against- 830 E. 163St. Corp., New

1

York State Department of Finance, New York City Department of Finance, Charles E. Plummer, Worker's Compensation Board of the State of New York, Commissioner of Labor, New York City Environmental Control Board, "John Doe No. 1" to "John Doe No. XXX, Defendants, (Index No. 381343/09 pending in the Supreme Court of the State of New York, County of Bronx.

8. As of the commencement of this case, the Property is in the possession and control of a receiver.

9. The Debtor maintains its principal place of business at 10 Fisk Place, Suite 317, Mount Vernon, New York 10550.

10. The Debtor's principal assets are located at 830 East 163rd Street, Bronx, New York 10456.

11. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors, and rehabilitate the business. The Debtor hopes to be able to file a plan of reorganization in this case.

12. The Debtor's senior management consists of me, Nathan Plummer, the Debtor's Vice President, and Cynthia Plummer, the Debtor's Secretary/Treasurer.

13. The estimated amount of payroll due to the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $00.00.

14. No salaries are currently being paid by the Debtor to its officers.

15. The estimated revenues and additional operating expense of the Debtor for the next thirty days are as follows:

**INCOME**
Income                    $40,251.16

**EXPENSES**               $35,954.39

16.     The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

                                                                                            /S/ Charles Plummer
                                                                                            Charles Plummer, as President